IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: : Bankruptcy No. 23-11874 - AMC
:
LEAH HELEN LEAHY :
:
:
Debtor : Chapter 7

### DECLARATION OF ROBERT FEIN, REALTOR

I, Robert Fein, of Berkshire Hathaway Home Services/Fox & Roach, Realtors, 338 West Lancaster Avenue, Haverford, Pa 19041 and certify that,

1. I am a Realtor, experienced in the real estate business.

2. I am willing to accept employment by the Trustee on the basis set forth in the annexed application. I do not have an interest adverse to the Trustee or the estate in regards to the matters for which I am to be employed and am a disinterested party within the meaning of 11 U.S.C. Section 101.

3. I do not have a prepetition or other claim against the estate.

4. I have not received a retainer from the debtor, the estate, a principal of the debtor or a third party as regards work to be performed on behalf of the bankruptcy estate or the Chapter 7 Trustee.

6. I do not have any interest adverse to the Trustee, the estate or the debtor as I have waived the right to prepetition fees that may be owed to me.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 11th day of July , 2023.

_____
Robert Fein

**EXHIBIT B**