IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: : CHAPTER 7
:
LEAH HELEN LEAHY :
:
    Debtor : Bankruptcy No. 23-11874

### TRUSTEE'S REPORT OF SALE OF ASSETS OF THE ESTATE

AND NOW, COMES ROBERT H. HOLBER, TRUSTEE and renders the following Report of sale of certain assets of the Bankruptcy Estate, and respectfully represents as follows:

1. ROBERT H. HOLBER, TRUSTEE of the Chapter 7 estate has received some sale funds from sale of property of the estate.

2. Property of which the debtor had an interest was sold on 28, 2022. Attached hereto, made a part hereof, marked as Exhibit "A" is a true and correct copy of an ALTA Settlement Statement.

3. The gross sale proceeds were: $630.001.00

4. The Trustee received proceeds of $110,522.30 which have been placed into a Trustee account for the Bankruptcy Estate.

Dated: 10/9/23

Chapter 7 Trustee
Robert H. Holber, Esquire
41 East Front Street
Media, PA 19063
Phone: 610-565-5463

| Seller | | | Buyer | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| | | **Primary Charges & Credits** | | |
| | $630,001.00 | Sales Price of Property | $630,001.00 | |
| | | Deposit | | $20,000.00 |
| | | | | |
| | | **Prorations/Adjustments** | | |
| | $482.09 | City/Town Taxes 10/06/2023 to 12/31/2023 | $482.09 | |
| | $4,934.16 | School Tax 10/06/2023 to 06/30/2024 | $4,934.16 | |
| $5.57 | | Sewer 3rd Quarter 10/01/2023 to 10/06/2023 | | $5.57 |
| | | | | |
| | | **Payoffs/Payments** | | |
| $475,603.85 | | Payoff to Wells Fargo Bank, N.A. | | |
| | | | | |
| | | **Government Recording and Transfer Charges** | | |
| | | Government recording charges | $102.75 | |
| | | Transfer taxes | $6,300.01 | |
| $3,150.01 | | City/County tax/stamps Deed $6,300.01 Mortgage $ to Class Abstract S&R | | |
| $3,150.01 | | State tax/stamps Deed $6,300.01 Mortgage $ to Class Abstract S&R | | |
| | | | | |
| | | **Commissions** | | |
| | | --$18,900.03 to BHHS Fox & Roach-Haverford | | |
| | | --$18,900.03 to Elfant Wissahickon Realtors | | |
| $37,800.06 | | Commission paid at settlement | | |
| | | | | |
| | | **Title Charges** | | |
| | | Owner's title insurance to Old Republic National Title Insurance Company | $4,292.60 | |
| | | Doc Prep to Northwest Abstract Company, Inc. | $50.00 | |
| $30.00 | | Notary Fee to Julie R Hiestand | $25.00 | |
| $100.00 | | Deed Prep to Northwest Abstract Company, Inc. | | |
| $50.00 | | Overnight Fee/Wire Fee (Payoff/Proceeds) to Northwest Abstract Company, Inc. | | |
| | | | | |
| | | **Miscellaneous Charges** | | |
| $395.00 | | Broker/Conveyancing Fee Listing Agent to BHHS Fox & Roach-Haverford | | |
| | | Broker/Conveyancing Fee Selling Agent to Elfant Wissahickon Realtors | $495.00 | |
| $133.00 | | Reimbursement Tax Certs and Use & Occupancy Cert to BHHS Fox & Roach-Haverford | | |
| $300.00 | | Plumbing Invoice to Chris DeNolfi | | |
Northwest Abstract Company, Inc.
8039 Germantown Avenue
Philadelphia, PA 19118
(215) 233-0888

ALTA Combined Settlement Statement

| File #: | NW-12381 | Property | 1503 Riverview Boulevard | Settlement Date | 10/06/2023 |
|---|---|---|---|---|---|
| Prepared: | 10/06/2023 | | Plymouth Meeting, PA 19462 | Disbursement Date | 10/06/2023 |
| Closer: | Julie R Hiestand | Buyer | Shenghao Yu | | |
| | | Seller | Leah H. Leahy, by Robert H. Holber Esq. as Ordered in the United States Bankruptcy Court for the Eastern District of PA on September 21, 2023 Bank No. 23-11874 | | |
| | | Lender | | | |

| Seller | | | Buyer | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| $92.95 | | Sewer Services - 2nd Quarter (April, May June) Deliquent Balance due by 8/25/23 to Plymouth Township | | |
| $84.50 | | Sewer Services - 3rd Quarter (July, August, September) to Plymouth Township | | |
| $4,000.00 | | Escrow - Lien 2019-27193 Midland Funding LLC vs Leah Leahy Filed 11/13/2019 to ESCROW | | |
| | | 2023 County Taxes Real Estate Taxes PIF No Balance Due to Plymouth Township - POC by seller $2,064.48 | | |
| | | 2023-2024 School Real Estate Taxes PIF No Balance Due to Colonial School District - POC by seller $6,752.01 | | |

| Seller | | | Buyer | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| $524,894.95 | $635,417.25 | Subtotals | $646,682.61 | $20,005.57 |
| | | Due from Buyer | | $626,677.04 |
| $110,522.30 | | Due to Seller | | |
| $635,417.25 | $635,417.25 | Totals | $646,682.61 | $646,682.61 |

### Acknowledgement

We/I have carefully reviewed the Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the Settlement Statement.
We/I authorize Northwest Abstract Company, Inc. to cause the funds to be disbursed in accordance with this statement.

_____ 10/6/23
Shenghao Yu                    Date

Leah H. Leahy, by Robert H. Holber Esq. as Ordered in the United States Bankruptcy Court for the Eastern District of PA on September 21, 2023 Bank No. 23-11874

By: _____ 10/6/23
Robert H. Holber, Esq., Agent                    Date

_____ 10/6/23
Settlement Agent                    Date